WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ELLA MORGAN,

        Plaintiff(s),

v.

ABUNDAT LIFE HOMES LLC et al

        Defendant(s).

Case No. 1:24-cv-00154

Hon. Jane M. Beckering

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1,     __Charles Dotson__
                                                                                     (Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: __April 5, 2024__                  *Charles Dotson*     04 / 05 / ...
                                                                               (Signature)
                                                              Charles Dotson
                                                              Defendant†

Document Ref: PP-JJG-RE9OT-59N9E-NPBQY