# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELLA MORGAN, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>ABUNDANT LIFE HOMES, LLC, a Michigan Limited Liability Company, JAY WILLIAMS, an individual, TROY HACKER, an individual, and CHARLES DOTSON, an individual,<br><br>　　Defendants. | Case:  1:24-cv-00154<br><br>Hon. Jane M. Beckering |

## PROOF OF SERVICE

The undersigned certifies that, on 05/24/2024, pursuant to FRCP 4, he served a copy of:

1. Stipulation and Order to Withdrawal of Counsel;
2. Proof of service for the same;

On Defendants, Troy Hacker and Jay Williams, by placing said documents in an envelope, with 1st class postage prepaid, addressed to his attorney of record, David E Bevins and Peter Dale Rhoads, a Rhoads McKee P.C. 11377 James St, PO Box 2271, Holland, MI 49422, and via email, at debevins@rhoadesmckee.com and pdrhoades@rhoadesmckee.com.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Dated: 05/24/2024　　　　　　　　　　　　　　　　　　　　/s/ James Sherbin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELLA MORGAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ABUNDANT LIFE HOMES, LLC, a Michigan Limited Liability Company, JAY WILLIAMS, an individual, TROY HACKER, an individual, and CHARLES DOTSON, an individual,<br><br>    Defendants. | Case:  1:24-cv-00154<br><br>Hon. Jane M. Beckering |

**PROOF OF SERVICE**

The undersigned certifies that, on 05/24/2024, pursuant to FRCP 4, he served a copy of:

1. Stipulation and Order to Withdrawal of Counsel;
2. Proof of service for the same;

On Defendant, Charles Dotson, by placing said documents in an envelope, with 1st class postage prepaid, addressed to his attorney of record, Michelle M. McLean, at Grandville State Bank Building, 3996 Chicago Drive SW, Grandville, MI, 49418, and via email, at [michellem@bolhouselaw.com](mailto:michellem@bolhouselaw.com).

I declare that the statements above are true to the best of my information, knowledge, and belief.

Dated:  05/24/2024                              /s/ James Sherbin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELLA MORGAN, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>ABUNDANT LIFE HOMES, LLC, a<br>Michigan Limited Liability Company,<br>JAY WILLIAMS, an individual,<br>TROY HACKER,<br>an individual, and CHARLES DOTSON, an individual,<br><br>     Defendants. | Case: 1:24-cv-00154<br><br>Hon. Jane M. Beckering |

## PROOF OF SERVICE

The undersigned certifies that, on 05/24/2024, pursuant to FRCP 4, he served a copy of:

1. Stipulation and Order to Withdrawal of Counsel;
2. Proof of service for the same;

On Defendant, Abundant Life Homes, LLC, by placing said documents in an envelope, with 1st class postage prepaid, addressed to his attorney of record, David E Bevins and Peter Dale Rhoads, a Rhoads McKee P.C. 11377 James St, PO Box 2271, Holland, MI 49422, and via email, at debevins@rhoadesmckee.com and pdrhoades@rhoadesmckee.com.

I declare that the statements above are true to the best of my information, knowledge, and belief.


Dated: 05/24/2024                                               /s/ James Sherbin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELLA MORGAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ABUNDANT LIFE HOMES, LLC, a<br>Michigan Limited Liability Company,<br>JAY WILLIAMS, an individual,<br>TROY HACKER, an individual, and CHARLES DOTSON, an individual,<br><br>    Defendants. | Case: 1:24-cv-00154-JMB-<br><br>Hon. Jane M. Beckering |

## STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL

This matter having come before the Court upon the Stipulation and agreement of the parties as indicated by the signatures of the Plaintiff and counsel below and the Court otherwise being advised:

The undersigned expressly consent to and agree to the withdrawal of Howard Van Den Heuvel, Attorney for Plaintiff, Ella Morgan.

Dated: 5-24-24

_____
Howard Van Den Heuvel (P46369)
Attorney for Plaintiff

Page 1 of 2

CONSENT TO WITHDRAWAL

      I hereby consent to the Withdrawal of Howard Van Den Heuvel as counsel in the above-entitled matter.

Dated: 05/24/24                 *Ella Morgan* (signature)
                                                              Ella Morgan

## ORDER

      At a Session of United States District Court, Western District, Southern Division, on this _____ day of _____ 2024.

      PRESENT:    Hon. Jane M. Beckering

**IT IS HEREBY ORDERED:**

Howard Van Den Heuvel is released as counsel for Plaintiff, Ella Morgan.

Dated: _____                _____
                                                       Hon. Jane M. Beckering

Attest: A True Copy

_____
Deputy Clerk