UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ELLA MORGAN, an individual,

    Plaintiff,

v

ABUNDANT LIFE HOMES, LLC, a Michigan limited liability company,
JAY WILLIAMS, an individual,
TROY HACKER, an individual, and
CHARLES DOTSON, an individual

    Defendants.

Case No.1:24-cv-00154-JMB-PJG

Hon. Jane M. Beckering
Hon. Phillip J. Green

## STIPULATION FOR DISMISSAL OF DEFENDANT CHARLES DOTSON WITHOUT PREJUDICE AND WITHOUT COSTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Defendant Charlie Dotson is dismissed from this lawsuit, without prejudice and without costs to any party. No other parties or claims are affected by this Stipulation.

**SIGNATURES ON NEXT PAGE**

1

5190251.1

/s/ John P. Smith
---

John P. Smith (P71368)
LEGAL AID OF WESTERN MICHIGAN
Attorneys for Plaintiff
25 Division Ave S., Suite 300
Grand Rapids, MI 49503-4229
(616) 774-0672
jsmith@lawestmi.org

/s/ Peter D. Rhoades
---

Peter D. Rhoades (P49515)
David E. Bevins (P49855)
RHOADES MCKEE, P.C.
Attorneys for Defendants Abundant Life Homes, LLC, Jay Williams and Troy Hacker
55 Campau N.W., Suite 300
Grand Rapids, MI 49503
(616) 235-3500
pdrhoades@rhoadesmckee.com
debevins@rhoadesmckee.com

/s/ Michelle M. McLean
---

Michelle McLean (P71393)
BOLHOUSE HOFSTEE & MCLEAN P.C.
Attorney for Defendant Charles Dotson
3996 Chicago Dr., S.W.
Grandville, MI 49418
(616) 531-7711
michellem@bolhouselaw.com

2

5190251.1