UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELLA MORGAN, an individual,<br><br>    Plaintiff,<br><br>v<br><br>ABUNDANT LIFE HOMES, LLC, a Michigan limited liability company,<br>JAY WILLIAMS, an individual,<br>TROY HACKER, an individual, and<br>CHARLES DOTSON, an individual<br><br>    Defendants. | Case No.1:24-cv-00154-JMB-PJG<br><br>Hon. Jane M. Beckering<br>Hon. Phillip J. Green |

## AMENDED STIPULATION FOR DISMISSAL OF DEFENDANT CHARLES DOTSON WITHOUT PREJUDICE AND WITHOUT COSTS

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the Defendant Charlie Dotson is dismissed from this lawsuit, without prejudice and without costs to any party. No other parties or claims are affected by this Stipulation.

**SIGNATURES ON NEXT PAGE**

1

5190251.1

|  |  |
|---|---|
| /S/ John P. Smith | /s/ Peter D. Rhoades |
| John P. Smith (P71368) | Peter D. Rhoades (P49515) |
| LEGAL AID OF WESTERN MICHIGAN | David E. Bevins (P49855) |
| Attorneys for Plaintiff | RHOADES MCKEE, P.C. |
| 25 Division Ave S., Suite 300 | Attorneys for Defendants Abundant Life Homes, LLC, Jay Williams and Troy Hacker |
| Grand Rapids, MI 49503-4229 | 55 Campau N.W., Suite 300 |
| (616) 774-0672 | Grand Rapids, MI 49503 |
| jsmith@lawestmi.org | (616) 235-3500 |
|  | pdrhoades@rhoadesmckee.com |
|  | debevins@rhoadesmckee.com |

/s/ Michelle M. McLean

Michelle McLean (P71393)
BOLHOUSE HOFSTEE & MCLEAN P.C.
Attorney for Defendant Charles Dotson
3996 Chicago Dr., S.W.
Grandville, MI 49418
(616) 531-7711
michellem@bolhouselaw.com