UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLA MORGAN,

    Plaintiff,

v.

ABUNDANT LIFE HOMES, LLC, et al.,

    Defendants.
_____/

Case No. 1:24-cv-154

HON. JANE M. BECKERING

## ORDER

On February 16, 2024, Plaintiff Ella Morgan initiated this action alleging that Defendants Abundant Life Homes, LLC, Jay Williams, and Troy Hacker violated the federal Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*, and various state laws. The parties participated in a mediation before Robert Wright on January 22, 2025. The parties do not appear to have engaged in further settlement discussions since that date.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that the parties shall file a joint notice not later than October 23, 2025, addressing whether further mediation with the parties' chosen mediator, Robert Wright, or with United States Magistrate Judge Philip J. Green, would facilitate settlement discussions in this matter.

Dated: October 15, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge